UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Amie Croteau, Thuy Daojensen, and Diane Thomas, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TN Marketing, LLC d/b/a Craftsy,<br><br>Defendant. | Case No. 25-cv-00940 (PJS/ECW) |

**TN MARKETING, LLC'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT OR, ALTERNATIVELY, TO STAY AND COMPEL ARBITRATION**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant TN Marketing, LLC d/b/a Craftsy ("Craftsy") respectfully moves the Court to dismiss Plaintiffs' Class Action Complaint (Doc. 1). The Court lacks subject matter jurisdiction over this action as Plaintiffs have not and cannot establish Article III standing to assert their claim under the Video Privacy Protection Act, 18 U.S.C. § 2710 ("VPPA"). Further, Plaintiffs have not and cannot state a claim under VPPA for which relief may be granted, and their complaint must therefore be dismissed with prejudice.

Alternatively, Craftsy respectfully moves the Court, pursuant to Sections 3 and 4 of Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, for an Order staying the above-captioned action and directing Plaintiffs to pursue their claims in binding arbitration consistent with the parties' agreement to arbitrate Plaintiffs' VPPA claims.

Craftsy's motion is based upon its supporting memorandum of law, the Declaration of Jay McNaughton and the exhibits thereto, any arguments heard, and all files, records, and proceedings herein.

Dated: June 12, 2025

**COZEN O'CONNOR**

By: */s/ Heather L. Marx*

Heather L. Marx (#321163)
hmarx@cozen.com
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
Telephone: 612.260.9000

Melissa Siebert (*pro hac vice*)
msiebert@cozen.com
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312.474.4491

***Attorneys for TN Marketing, LLC d/b/a Craftsy***