**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Amie Croteau, Thuy Daojensen, and Diane Thomas, individually and on behalf of all others similarly situated, | Case No. 25-cv-00940 (PJS/ECW) |
| Plaintiffs, | **MEET AND CONFER CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(1) DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT OR, ALTERNATIVELY, TO STAY AND COMPEL ARBITRATION** |
| vs. | |
| TN Marketing, LLC d/b/a Craftsy, | |
| Defendant. | |

Pursuant to Local Rule 7.1(a)(1), the undersigned certifies that counsel for the Defendant conferred with counsel for Plaintiff on June 10, 2025 regarding Defendant's intention to move to dismiss the complaint or, alternatively, compel arbitration. The parties were unable to agree on the resolution of any part of the motion.

Dated: June 12, 2025

**COZEN O'CONNOR**

By: /s/Heather L. Marx
Heather L. Marx (#321163)
hmarx@cozen.com
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
Telephone: 612.260.9000

Melissa Siebert (*pro hac vice*)
msiebert@cozen.com
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312.474.4491

***Attorneys for Defendant***