**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA**

**CASE NO. 25-cv-00940 (PJS/ECW)**

AMIE CROTEAU, THUY DAOJENSEN, DIANE THOMAS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

TN MARKETING, LLC d/b/a Craftsy

Defendant.

## INDEX OF EXHIBITS FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STAY AND COMPEL ARBITRATION

Plaintiffs Amie Croteau, Thuy DaoJensen, and Diane Thomas hereby file their Index of Exhibits under Local Rule 7.1(i).

| | |
|---|---|
| Declaration of Plaintiff Amie Croteau | **Exhibit A** |
| Declaration of Plaintiff Diane Thomas | **Exhibit B** |
| Declaration of Plaintiff Thuy DaoJensen | **Exhibit C** |
| Declaration of Alex Young | **Exhibit D** |
| *Haines v. Cengage Learning, Inc.*, No. 1:24-cv-710, at *16 (S.D. Ohio May 5, 2025) | **Exhibit E** |

Respectfully submitted,

By: /s/ *Arun Ravindran (Pro Hac Vice)*

**RAVINDRAN LAW FIRM PLLC**
Arun G. Ravindran (*pro hac vice)*
arun@ravindranlaw.com
2525 Ponce deLeon Blvd., Suite 300
Coral Gables, Florida 33134

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
Carl V. Malmstrom (#391908)
malmstrom@whafh.com
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 391-5059

***Attorneys for Plaintiffs***