**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA**

**CASE NO. 25-cv-00940 (PJS/ECW)**

AMIE CROTEAU, THUY DAOJENSEN, DIANE THOMAS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

TN MARKETING, LLC d/b/a CRAFTSY

Defendant.

# NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs submit the following supplemental authority, issued after Plaintiffs filed their Opposition to the Motion to Dismiss and Compel Arbitration (ECF No. 26), for the Court's consideration in adjudication of the pending Motion to Dismiss under Fed. R. Civ. P. 12(b)(1):

In *Pileggi v. Washington Newspaper Publ'g Co., LLC*, — F.4th —, No. 24-7022, 2025 WL 2319550, at *1 (D.C. Cir. Aug. 12, 2025), the United States Court of Appeals for the District of Columbia Circuit held that the disclosure of an individual's video-viewing history through a meta pixel constitutes a sufficiently concrete injury for purposes of Article III standing. In doing so, the D.C. Circuit joined every other circuit to have addressed the question—the Second, Third, Sixth, Seventh, Ninth, and Eleventh. (ECF No. 26, at 3).

Dated: August 19, 2025

Respectfully submitted,

By: /s/ *Arun Ravindran*

**RAVINDRAN LAW FIRM PLLC**
Arun G. Ravindran (*pro hac vice)*
arun@ravindranlaw.com
2525 Ponce deLeon Blvd., Suite 300
Coral Gables, Florida 33134

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
Carl V. Malmstrom (#391908)
malmstrom@whafh.com
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 391-5059

***Attorneys for Plaintiffs***