**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MINNESOTA**

**CASE NO. 25-cv-00940 (PJS/ECW)**

AMIE CROTEAU, THUY DAOJENSEN, DIANE THOMAS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

TN MARKETING, LLC d/b/a CRAFTSY

Defendant.

**<u>THIRD NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

Plaintiffs submit this Third Notice of Supplemental Authority, issued after Plaintiffs filed their Opposition to the Motion to Dismiss and Compel Arbitration (ECF No. 26), for the Court's consideration in adjudication of the pending Motion to Dismiss under Fed. R. Civ. P. 12(b)(6):

In *Plotsker v. Envato Pty Ltd.*, No. 2:24-cv-04412-MEMF-RAO, 2025 LX 335348, at *2 (C.D. Cal. Aug. 26, 2025) the district court held that materially similar allegations to those in the instant complaint—namely, the disclosure of PII to Meta in the form of the plaintiff's unencrypted Facebook ID combined with his video viewing history—were sufficient at the pleading stage to satisfy the VPPA's disclosure requirement under the "ordinary person" standard, where the complaint further alleged that the plaintiff's Facebook account contained his full name. *See* ECF No. 26 at 14–16.

Dated: September 2, 2025

Respectfully submitted,

By: /s/ *Arun Ravindran*

**RAVINDRAN LAW FIRM PLLC**
Arun G. Ravindran (*pro hac vice)*
arun@ravindranlaw.com
2525 Ponce de Leon Blvd., Suite
300 Coral Gables, Florida 33134

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
Carl V. Malmstrom (#391908)
malmstrom@whafh.com
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 391-5059

***Attorneys for Plaintiffs***