UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Amie Croteau, Thuy DaoJensen, and Diane Thomas, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TN Marketing, LLC d/b/a Craftsy,<br><br>Defendant. | Case No. 25-cv-00940 (PJS/ECW) |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**

Pursuant to Local Rule 7.1(i), Defendant TN Marketing, LLC d/b/a Craftsy ("Craftsy"), by and through its undersigned counsel, respectfully moves for the Court's permission to file *Kisil v. Illuminate Education, Inc.,* No. 23-4114, 2025 WL 2589000 (9th Cir. Sept. 8, 2025) (Ex. 1), as supplemental authority in support of its pending Motion to Dismiss. In support of this motion, Craftsy states as follows:

WHEREAS, on June 12, 2025, Craftsy filed its Motion to Dismiss Plaintiffs' Complaint, arguing in relevant part that Plaintiffs lack Article III standing to assert their claim under the Video Privacy Protection Act, 18 U.S.C. § 2710 ("VPPA") (Doc. 19 at pp. 10-12); and

WHEREAS, in its Reply in support of the Motion to Dismiss, Craftsy cited *Popa v. Microsoft Corp.,* No. 24-14, 2025 WL 2448824 (9th Cir. Aug. 26, 2025) in support of its standing argument (Doc. 35 at p. 7);

WHEREAS, as of August 29, 2025, briefing on Craftsy's Motion to Dismiss was completed; and

WHEREAS, on September 3, 2025, the Court held oral argument on Craftsy's Motion to Dismiss; and

WHEREAS, on September 8, 2025, the United States Circuit Court of Appeals for the Ninth Circuit issued its opinion in *Kisil v. Illuminate Education, Inc.,* which relied on *Popa v. Microsoft Corp.* in its standing analysis. 2025 WL 2589000, at *1. Two other California district courts have done the same. *See Wooten v. Biolife Plasma Services, L.P.,* Case No. 1:25-cv-00099-KES-SKO, 2025 WL 2979619, at *2-3 (E.D. Cal. Oct. 22, 2025) (Ex. 2) (relying on *Popa* to find plaintiff lacked standing to bring statutory privacy claims); *Khamooshi v. Politico LLC,* Case No. 24-cv-07836-SK, 2025 WL 2822879, at *2-4 (N.D. Cal. Oct. 2, 2025) (Ex. 3) (same); and

WHEREAS, Craftsy submits that these opinions are relevant to Craftsy's Motion to Dismiss.

WHEREFORE, Craftsy respectfully requests that the Court permit it to file *Kisil v. Illuminate Education, Inc.,* No. 23-4114, 2025 WL 2589000 (9th Cir. Sept. 8, 2025), as supplemental authority in support of its motion to dismiss.

Respectfully submitted,

Dated: November 3, 2025

**COZEN O'CONNOR**

By: */s/ Heather L. Marx*

Heather L. Marx (#321163)
hmarx@cozen.com
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
Telephone: 612.260.9000

Melissa Siebert (*pro hac vice*)
msiebert@cozen.com
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312.474.4491

Gianna Puccinelli (*pro hac vice*)
gpuccinelli@cozen.com
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: 202.912.4800

***Attorneys for Defendant TN Marketing, LLC d/b/a Craftsy***