UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AMIE CROTEAU, THUY DAOJENSEN, and DIANE THOMAS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

TN MARKETING, LLC, d/b/a Craftsy,

Defendant.

Case No. 25-CV-0940 (PJS/ECW)

ORDER

Arun Ravindran, RAVINDRAN LAW FIRM PLLC, and Carl Malmstrom, WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC, for plaintiffs.

Gianna Maria Puccinelli, Heather L. Marx, and Melissa Siebert, COZEN O'CONNOR, for defendant.

This matter is before the Court on plaintiffs' motion to file supplemental authority in support of plaintiffs' opposition to defendant's motion to dismiss and compel arbitration. ECF No. 57. The motion is denied. As the Court advised the parties via email on September 2, 2025, parties are required to get the Court's permission prior to filing such a motion pursuant to Local Rule 7.1(i). Plaintiffs did not receive the Court's prior permission. The Court reminds the parties that noncompliance with the local rules is sanctionable conduct. *See* D. Minn. L.R. 1.3. Even if plaintiffs' motion had complied with the local rules, however, the Court would deny the motion because further supplementation of the record is unnecessary in this matter.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT plaintiffs' motion to file supplemental authority [ECF No. 57] is DENIED.

Dated: January 6, 2026

/s/ Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court